IN THE SUPREME COURT

| | | | |
|---|---|---|---|
| 145P13 | State v. Frederick Karl Taft. Jr. and Fernandez Kabrer Taft | 1. Defendant Fernandez Kabrer Taft NOA Based Upon a Constitutional Question (COA12-646) | 1. - - - |
| | | 2. Defendant Fernandez Kabrer Taft's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. Defendant Frederick Karl Taft., Jr.'s NOA Based Upon a Constitutional Question | 3. - - - |
| | | 4. Defendant Frederick Karl Taft, Jr.'s PDR Under N.C.G.S. § 7A-31 | 4. Denied |
| | | 5. State's Motion to Dismiss Both Appeals | 5. Allowed |
| 148P13 | State v. Edgar Patino | Def's *Pro Se* Motion for NOA (COAP13-154) | Dismissed |
| 151P13 | State v. Michael Dorman, II | 1. Def's NOA Based Upon a Constitutional Question (COA12-97) | 1. - - - |
| | | 2. Def's PDR Under N.C.G.S. § 7A-31 | 2. Denied |
| | | 3. State's Motion to Dismiss Appeal | 3. Allowed |
| | | 4. State's Conditional PDR Under N.C.G.S. § 7A-31 | 4. Dismissed as Moot |
| 152P13 | In the Matter of: Kevin M. Smith, et al. v. State of North Carolina, et al. | Petitioner's *Pro Se* Motion for NOA (COAP13-109) | Dismissed |
| 153P13 | Clorey Eugene France v. Cabarrus County Sheriff's Office and Sheriff Brad Riley | 1. Plt's *Pro Se* Motion for NOA (COA13-102, 13-103) | 1. - - - |
| | | 2. Plt's *Pro Se* Motion to Proceed *In Forma Pauperis* | 2. Allowed |
| | | 3. Plt's *Pro Se* Motion to Withdraw Original NOA | 3. Allowed |
| | | 4. Plt's *Pro Se* Motion to File Amended NOA | 4. Allowed |
| | | 5. Plt's *Pro Se* Motion for NOA (Amending Notice) | 5. Dismissed *Ex Mero Motu* |
| | | 6. Plt's *Pro Se* Motion for Joinder | 6. Dismissed As Moot |